IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KEVYN EARL WATSON,<br><br>           Defendant. | Case No. 3:22-cr-00084-RRB<br><br>**ORDER** |

The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 445, in its entirety and enters an adjudication of guilt as to Counts 1s and 4s of the Second Superseding Indictment.

DATED this 17th day of July, 2024, at Anchorage, Alaska.

                                                    */s/ Ralph R. Beistline*
                                                    RALPH R. BEISTLINE
                                                Senior United States District Judge